# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT HOUCK, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATEWIDE CREDIT ASSOCIATION INC.,<br><br>    Defendant. | Case No. 1:19-cv-00234-TWP-MPB |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Counsel for Plaintiff, ROBERT HOUCK, and Defendant, STATEWIDE CREDIT ASSOCIATION INC. having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed same, hereby ORDERED.

1. Defendant, STATEWIDE CREDIT ASSOCIATION INC., is hereby dismissed with prejudice.

Date: 10/21/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF